**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1897**

ARAM YACOUB,

                Petitioner,

        v.

ERIC H. HOLDER, JR., Attorney General,

                Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  June 2, 2009                  Decided:  June 29, 2009

Before NIEMEYER, TRAXLER, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Thomas V. Massucci, New York, New York, for Petitioner.  Gregory G. Katsas, Assistant Attorney General, Carol Federighi, Senior Litigation Counsel, Theo Nickerson, Trial Attorney, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aram Yacoub, a native and citizen of Egypt, petitions for review from an order of the Board of Immigration Appeals ("Board") denying his motion to reopen removal proceedings.  We have reviewed the administrative record and find that the Board did not abuse its discretion.  See INS v. Doherty, 502 U.S. 314, 323-24 (1992).  Accordingly, we deny the petition for review.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED